# DIVIDENDS REMITTED TO THE COURT

*Recpt No. 151204*
*CK 104*

Case Number 10-11680 - HERNANDEZ, SALVATORE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|----------|-----------|----------------|-------------|
| **Amherst Hospital** | **000002** | **25.00** | **1.31** |
| **630 East River Street** | | | |
| **Elyria, OH 44035** | | | |
| | | | |
| ---------- Remittance Total -------------- | | **25.00** | **1.31** |

TRUSTEE VIRGIL E. BROWN, JR., Trustee

FILED 2010 OCT 29 AM 11:28 U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CLEVELAND

COURT1

Printed: 10/28/10 12:06 PM   Ver: 16.00a